United States District Court
Eastern District of Michigan

Donville O'Neil Inniss, #70853-018,

    *Petitioner,*

    -vs-

Jonathan Hemingway, Warden

    *Respondent.*

Case No. 22-11991

Honorable Thomas L. Ludington
Mag. Judge Kimberly G. Altman

## Notice of Appearance of Assistant U.S. Attorney

**To:** Attorney Admission Clerk and All Other Parties

    Please take notice of the addition of the undersigned Assistant U.S. Attorney as an attorney of record on the above captioned case.

    Respectfully submitted,

    Dawn N. Ison
    United States Attorney

    */s/Andrew Goetz*
    Andrew Goetz
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI   48226
    (313) 226-9522
    andrew.goetz@usdoj.gov

Dated: October 26, 2022