UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DONVILLE O'NEIL INNISS,

    Petitioner,                      Case No. 1:22-cv-11991

v.                                       Honorable Thomas L. Ludington
                                            United States District Judge

JONATHAN HEMINGWAY,

    Respondent.
_____/

## JUDGMENT

In accordance with the Opinion and Order issued today:

It is **ORDERED** that Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED AS MOOT**.

Further, it is **ORDERED** that Respondent's Motion to Dismiss the Petition on Exhaustion Grounds, ECF No. 5, is **DENIED AS MOOT**.

Further, it is **ORDERED** that Petitioner's Motion for Expedited Review, ECF No. 11, is **DENIED AS MOOT**.

**This is a final order and closes the above-captioned case**.

Dated: February 17, 2023                  s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge